UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARIO D. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:16-CV-254 WL |
| | ) |
| FORT WAYNE POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Pursuant to the screening order (ECF 17), the United States Marshals Service attempted to serve Detective Martin Grooms. Though a signed Return Receipt card was filed, it is unclear whether the defendant was properly served.

For these reasons, the United States Marshals Service is **DIRECTED** to <u>personally</u> serve Detective Martin Grooms with a copy of this order, the screening order (ECF 17), and the amended complaint (DE 10) as required by 28 U.S.C. § 1915(d).

SO ORDERED on October 12, 2017.

<u>S/Michael G. Gotsch, Sr.</u><br>
MICHAEL G. GOTSCH, SR.<br>
UNITED STATES MAGISTRATE JUDGE